AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

|  |  |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  INTERNATIONAL YACHT BROKER'S ASSOCIATION, INC.
c/o Robert Allen Law, as Registered Agent
1441 Brickell Avenue
Suite 1400
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 7, 2024

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:24-cv-20805-KMM |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BOATS GROUP, LLC
c/o Corporation Service Company - Registered Agent
1201 Hays Street
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida 33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 7, 2024

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▼

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PERMIRA ADVISERS LLC
c/o CT Corporation System - Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___Mar 7, 2024___

*s/ S.Carlson*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   YATCO, LLC
c/o Steven J. Myers, Mgr - as Registered Agent
9645 NW 61st Drive
Parkland, FL 33076

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Date: Mar 7, 2024

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

|  |  |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   UNITED YACHT SALES, LLC
c/o Peter A. Schmidt - as Registered Agent
110 SW Atlanta Avenue
Stuart, FL 34994

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 7, 2024

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    DENISON YACHT SALES, INC.
c/o Robert Denison - as Registered Agent
850 N.E. 3rd Street, #205
Dania Beach, FL 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Mar 7, 2024
_____

*s/ S.Carlson*
_____   _____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of Florida   ▼

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )    Civil Action No.   1:24-cv-20805-KMM |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    DENISON NEW YACHTS, LLC.
c/o High Law - as Registered Agent
800 SE Indian Street
Stuart, FL 34997

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Lea P. Bucciero, Esq.
         Podhurst Orseck P.A.
         One SE Third Avenue, Suite 2300
         Miami, Florida  33131
         Email: LBucciero@podhurst.com
         Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:    Mar 7, 2024                *s/ S.Carlson*
_____

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   NORTHROP & JOHNSON YACHT SHIPS, LLC
c/o Corporate Creations Network, Inc. - as Registered Agent
801 US Highway 1
North Palm Beach, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 7, 2024

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida 　▼

| | | |
|---|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | Civil Action No. 1:24-cv-20805-KMM |
| v. | ) | |
| International Yacht Broker's Association, Inc., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ GALATI YACHT SALES, LLC
c/o Joseph Galati - as Registered Agent
900 South Bay Boulevard
Anna Maria, FL 34216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 7, 2024

_s/ S.Carlson_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▾

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HMY YACHT SALES, INC
c/o Lawrence Thomas - as Registered Agent
2401 PGA Blvd
Suite 200
Palm Beach Gardens, FL 33410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Mar 7, 2024

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▾

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | )<br>)<br>)<br>) |
| _____<br>*Plaintiff(s)* | )<br>) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | )<br>) |
| _____<br>*Defendant(s)* | )<br>)<br>)<br>) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ALLIED MARINE, INC
c/o Robert Allen Law - as Registered Agent
1441 Brickell Ave
Suite 1400
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: ___Mar 7, 2024___

*s/ S.Carlson*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida [ ▾ ]

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| International Yacht Broker's Association, Inc., et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MARINEMAX, INC.
c/o Corporate Creations Network, Inc. - as Registered Agent
801 US Highway 1
North Palm Beach, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 7, 2024

*s/ S.Carlson*
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida ▼

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) )<br>) )<br>) )<br>) ) |
| *Plaintiff(s)* | ) )<br>) ) |
| v. | ) )<br>) ) |
| International Yacht Broker's Association, Inc., et al. | ) )<br>) ) |
| | ) )<br>) ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   SHARON & JACK MALATICH, LLC,
c/o John Michael Malatich - as Registered Agent
323 10th Ave West
Suite 105
Palmetto, FL 34221

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Mar 7, 2024

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida  ▾

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   TOURNAMENT YACHT SALES, LLC
c/o James A. Fields - as Registered Agent
900 East Indiantown Road
Suite 101
Jupiter, FL 33477

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Lea P. Bucciero, Esq.
> Podhurst Orseck P.A.
> One SE Third Avenue, Suite 2300
> Miami, Florida  33131
> Email: LBucciero@podhurst.com
> Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   Mar 7, 2024

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Southern District of Florida ▾

|  |  |
|---|---|
| YA MON EXPEDITIONS, LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| International Yacht Broker's Association, Inc., et al. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 1:24-cv-20805-KMM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   RJC YACHT SALES, INC.
c/o Robert J. Cury - as Registered Agent
399 SE 18th Ct
Fort Lauderdale, FL 33316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida  33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 7, 2024

*s/ S.Carlson*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court