AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

YA MON EXPEDITIONS, LLC, et al.

*Plaintiff(s)*

v.   Civil Action No. 1:24-cv-20805-KMM

International Yacht Broker's Association, Inc., et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Yacht Broker's Association of America, Inc.
c/o Joseph M. Thompson, Jr., as Registered Agent
Suite 104
105 Eastern Avenue
Annapolis, MD 21403

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lea P. Bucciero, Esq.
Podhurst Orseck P.A.
One SE Third Avenue, Suite 2300
Miami, Florida 33131
Email: LBucciero@podhurst.com
Email: RMCTeam@podhurst.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 8, 2024

s/ S.Carlson
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court