IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-20805-KMM

YA MON EXPEDITIONS, LLC,

    Plaintiff,

v.

INTERNATIONAL YACHT BROKER'S ASSOCIATION, INC., et al.,

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Emily M. Heim of the law firm Bayramoglu Law Offices, LLC is appearing as counsel of record for Defendants DENISON YACHT SALES, INC. and DENISON NEW YACHTS, LLC. The undersigned respectfully requests that all other parties serve copies of all pleadings, notices, orders, and other papers filed in the above case to her at the address below.

DATED:     March 28, 2024        Respectfully submitted,

                                                     */s/ Emily M. Heim*
Emily M. Heim (FL Bar No. 1015867)
emily@bayramoglu-legal.com
BAYRAMOGLU LAW OFFICES LLC
1540 West Warm Springs Road Suite 100
Henderson Nevada 89014
Telephone: 702.462.5973
Facsimile: 702.553.3404

*Counsel for Defendants DENISON YACHT SALES, INC. and DENISON NEW YACHTS, LLC*

1

NOTICE OF APPEARANCE OF E. HEIM FOR                CASE NO. 1:24-cv-20805-KMM
DEFENDANTS DENISON YACHT SALES, INC.
AND DENISON NEW YACHTS, LLC

## **CERTIFICATE OF SERVICE**

  I, hereby certify that on March 28, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

           By: */s/ Emily M. Heim*
              Emily M. Heim
              Bayramoglu Law Offices LLC

2

NOTICE OF APPEARANCE OF E. HEIM FOR         CASE NO. 1:24-cv-20805-KMM
DEFENDANTS DENISON YACHT SALES, INC.
AND DENISON NEW YACHTS, LLC