UNITED STATES DISTRICT CORT
SOUTHERN DISTRICT OF FLORIDA

YA MON EXPEDITIONS, LLC, a Wyoming limited liability corporation, on behalf of itself and all other similarly situated,

    *Plaintiff*,

v.

INTERNATIONAL YACHT BROKERS ASSOCIATION, INC. et al.,

    *Defendants*.

Case No.: 1:24-cv-20805-KMM

**DEFENDANT BOATS GROUP LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Boats Group, LLC, by and through its undersigned attorneys, hereby discloses that it is a wholly-owned subsidiary of Boats Group Holdings, Inc., and no publicly-held corporation owns 10% or more of its stock.

Dated:  March 29, 2024

Respectfully submitted,

**BURSTYN LAW PLLC**

By: /s/ *Sean A. Burstyn*
Sean A. Burstyn, Esq.
Florida Bar No. 1028778
sean.burstyn@burstynlaw.com
1101 Brickell Avenue
Suite S-700
Miami, FL 33131
Tel: (305) 204-9808

*Attorneys for Defendants Boats Group, LLC and Permira Advisers LLC*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 29, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court, by using the CM/ECF system, causing a true and correct copy to be served on all counsel of record.

By: /s/ *Sean A. Burstyn*<br>
Sean A. Burstyn, Esq.