# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-20805-KMM

YA MON EXPEDITIONS, LLC,
on behalf of itself and all other similarly situated,

        Plaintiff,

v.

INTERNATIONAL YACHT BROKER'S ASSOCIATION, INC., et al.,

        Defendants.

KIP LAMAR SNELL,
individually and on behalf of all others similarly situated,

        Plaintiff,

v.

ALLIED MARINE, INC., et al.,

        Defendants.

MAGNA CHARTER, LLC,
individually and on behalf of all others similarly situated,

        Plaintiff,

v.

BOATS GROUP, LLC, et al.,

        Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Benjamin J. Eichel of the law firm of Boni, Zack & Snyder LLC, 15 St. Asaphs Road, Bala Cynwyd, PA 19004, Tel: 610-822-0200, for purposes of appearance as co-counsel on behalf of Plaintiff Magna Charter, LLC, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, and to permit Benjamin J. Eichel to receive electronic filings in this case. In support thereof, the undersigned states as follows:

1. Benjamin J. Eichel is not admitted to practice in the Southern District of Florida and is a member in good standing of the Commonwealth of Pennsylvania bar (No. 307078), the State of New Jersey bar (317792019), the United States Court of Appeals for the First, Third, and Seventh Circuits, the Eastern District of Pennsylvania, the District of New Jersey, the Western District of Pennsylvania, and the Central District of Illinois.

2. Movant, Kevin B. Love, Esquire of the law firm of Criden & Love, P.A., 2020 Salzedo Street, Suite 302, Coral Gables, FL 33134, Tel: 305-357-9010, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Benjamin J. Eichel has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Benjamin J. Eichel, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Benjamin J. Eichel at email address: beichel@bonizack.com.

WHEREFORE, Kevin B. Love, moves this Court to enter an Order permitting Benjamin J. Eichel, to appear before this Court on behalf of Plaintiff Magna Charter, LLC, for all purposes

relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Benjamin J. Eichel.

Date: April 2, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/ Kevin B. Love
　　　　　　　　　　　　　　　　　Kevin Bruce Love
　　　　　　　　　　　　　　　　　Florida Bar No. 993948
　　　　　　　　　　　　　　　　　**CRIDEN & LOVE, P.A.**
　　　　　　　　　　　　　　　　　2020 Salzedo Street, Suite 302
　　　　　　　　　　　　　　　　　Coral Gables, FL 33134
　　　　　　　　　　　　　　　　　Tel: 305-357-9010
　　　　　　　　　　　　　　　　　Email: klove@cridenlove.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Magna Charter, LLC*
　　　　　　　　　　　　　　　　　*and the Proposed Class*