UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20805-KMM

YA MON EXPEDITIONS, LLC, a Wyoming limited liability corporation, on behalf of itself and all other similarly situated,

                Plaintiff,

v.

INTERNATIONAL YACHT BROKER'S ASSOCIATION, INC., a Florida Not for Profit Corporation, YACHT BROKER'S ASSOCIATION OF AMERICA, INC., a Maryland corporation, BOATS GROUP, LLC, a Florida Limited Liability Company, PERMIRA ADVISERS LLC, a New York Limited Liability Company, YATCO, LLC, a Florida Limited Liability Company, UNITED YACHT SALES, LLC, a Florida Limited Liability Company, DENISON YACHT SALES, INC., a Florida corporation, DENISON NEW YACHTS, LLC, a Florida Limited Liability Company, NORTHROP & JOHNSON YACHT SHIPS, LLC, a Florida Limited Liability Company, GALATI YACHT SALES, LLC, a Florida Limited Liability Company, HMY YACHT SALES, INC., a Florida Corporation, ALLIED MARINE, INC., a Florida Corporation, MARINEMAX, INC., a Florida Corporation, SHARON & JACK MALATICH, LLC, a Maryland Limited Liability Company, TOURNAMENT YACHT SALES, LLC, a Florida Limited Liability Company, and RJC YACHT SALES, INC., a Florida Corporation,

                Defendant.
_____/

## **DEFENDANT, TOURNAMENT YACHT SALES, LLC'S NOTICE OF JOINDER OF DEFENDANTS' UNOPPOSED MOTION TO ADJOURN, OR, IN THE ALTERNATIVE, EXTEND THE DEADLINES TO RESPOND TO THE COMPLAINT**

COMES NOW, the Defendant, TOURNAMENT YACHT SALES, LLC, a Florida Limited Liability Company, by and through the undersigned counsel, and hereby files its Motion to join in Defendants, NORTHROP & JOHNSON YACHTS-SHIPS LLC, GALATI YACHT SALES, LLC, MARINEMAX, INC., UNITED YACHT SALES, LLC, HYM YACHT SALES, INC., PERMIRA ADVISERS LLC, and BOAT GROUP, LLC (collectively, the "Moving Defendants") Unopposed Motion to Adjourn, or, in the Alternative, Extend the Deadlines to Respond to the Complaint dated March 29, 2024, as it pertains to the allegations against this Defendant which are as follows:

1. WHEREAS, Plaintiff's Complaint was filed in this Court on February 29, 2024. *See* [ECF No. 1] ("the Action"). The Moving Defendants were all served starting the week of March 11, 2024. As such, the Moving Defendants' various responsive pleadings to the Complaint in this Action are due beginning on April 1, 2024, and extending throughout the next several days.

2. WHEREAS, on March 22, 2024, a second antitrust class action lawsuit was filed in the Southern District of Florida against many of the same Defendants in this Action, alleging substantially similar violations of the Sherman Antitrust Act with respect to the yacht brokerage industry. See *Kip Lamar Snell v. Allied Marine, Inc., et. al.*, Case No. 0:24-cv-60461 (Southern District of Florida) (the "*Snell* Action"). The *Snell* Action has been transferred to Judge Moore. See *Snell* Action at [ECF Nos. 5-6].

3. WHEREAS, just earlier this week, on March 26, 2024, another antitrust class action lawsuit was filed in the Southern District of Florida against many of the same Defendants in this Action, and also naming certain new defendants, again alleging substantially similar violations of the Sherman Antitrust Act with respect to the yacht brokerage industry. See *Magna Charter, LLC v. Boats Group, LLC, et. al.*, Case No. 1:24-cv-21146 (Southern District of Florida) (the "*Magna Charter* Action"). Like the *Snell* Action, the *Magna Charter* Action was filed with a Civil Cover Sheet indicating that it was related to this immediate litigation. While the docket currently reflects an assignment to Judge Altman, the Moving Defendants expect that the *Magna Charter* Action will be reassigned to Judge Moore like the *Snell* Action before it.

4. WHEREAS, on March 28, 2024, the counsel for plaintiffs in this Action and the *Snell* Action filed a Motion to Consolidate Related Actions and for Appointment of Interim Co-Lead Class Counsel ("Motion to Consolidate"), requesting, in part, that the Court "consolidate the *Ya Mon*, *Snell*, and *Magna Charter*" actions. *See* [ECF No. 20]. In support of their motion, the *Ya Mon* and *Snell* plaintiffs argued that the requested consolidation will result in "savings in time and expense that . . . will benefit Plaintiffs as well as Defendants." *Id*. at 4.

5. WHEREAS, pursuant to this Court's docket order entered on March 4, 2024, *see* [ECF No. 4], the Moving Defendants intend to "file joint motions with co-parties unless there are clear conflicts of position." Moving Defendants expect that the analyses and conferrals amongst themselves and other defendants to determine which of the defendants will file joint motion(s) to dismiss and/or whether

individual motions to dismiss are required will necessitate additional time to respond. Furthermore, the practical considerations of coordinating the drafting of said joint motions to dismiss, including in relation to the various issues unique to no less than sixteen (16) defendant entities will require additional time.

6. WHEREAS, it is requested that the Court grant Defendant, TOURNAMENT YACHT SALES, LLC's Motion of Joinder to Defendants, NORTHROP & JOHNSON YACHTS-SHIPS LLC, GALATI YACHT SALES, LLC, MARINEMAX, INC., UNITED YACHT SALES, LLC, HYM YACHT SALES, INC., PERMIRA ADVISERS LLC, and BOAT GROUP, LLC (collectively, the "Moving Defendants") Unopposed Motion to Adjourn, or, in the Alternative, Extend the Deadlines to Respond to the Complaint dated March 29, 2024

The aforementioned Defendant has confirmed with Plaintiff that there is no objection in filing this Notice of Joinder.

I HEREBY CERTIFY that a copy of the foregoing has been furnished by e-service, this 4th day of April, 2024, to the following:  William F. King, Gallagher & Kennedy, P.A., 2575 East Camelback Road, Phoenix, AZ  85016, bill.king@gknet.com; Kevin D. Neal, Gallagher & Kennedy, P.A., 2575 East Camelback Road, Phoenix, AZ 85016, kevin.neal@gknet.com; Kenneth N. Ralston, Gallagher & Kennedy, P.A., 2575 East Camelback Road, Phoenix, AZ  85016, ken.ralston@gknet.com; Hunter Shkolnik, Napoli Shkolnik, 1302 Avenida Ponce de Leon, Santurce, PR  00907, hunter@nsprlaw.com; Salvatore C. Badala, Napoli Shkolnik PLLC, 400 Broadhollow Road Suite 305, Melville, NY  11747, sbadala@napolilaw.com; Lea P. Bucciero, Podhurst Orseck, P.A., 1 SE 3rd Ave Suite 2300, Miami, FL  33131,

lbucciero@podhurst.com; Ricardo M. Martinez-Cid, Podhurst Orseck, P.A., 1 SE 3rd Ave Suite 2300, Miami, FL 33131, RMCTeam@podhurst.com; Matthew Weinshall, Podhurst Orseck, P.A., 1 SE 3rd Ave Suite 2300, Miami, FL 33131, MWeinshall@podhurst.com.

        **ADAMS | COOGLER, P.A.**
        1555 Palm Beach Lakes Blvd., Suite 1600
        West Palm Beach, FL  33401-2329
        Telephone:  (561) 478-4500
        Facsimile:  (561) 478-7847
        E-Mail Address:  SWarburton@adamscoogler.com
        and MShramko@adamscoogler.com
        Attorney for Defendant

        /s/Scott S. Warburton
        Scott S. Warburton, Esquire
        Florida Bar No.:  867268