UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:24-cv-20805-KMM

YA MON EXPEDITIONS, LLC,
a limited liability company,
on behalf of all others similarly situated,

    Plaintiff,

v.

INTERNATIONAL YACHT BROKERS
ASSOCIATION, INC., et. al.

    Defendants.[1]

This document also relates to:

*Snell v. Allied Marine, Inc., et al.*,
No. 24-cv-60461

## NOTICE OF APPEARANCE OF PHILLIP M. SOVEN

PLEASE TAKE NOTICE that Phillip M. Soven, Esq. of the law firm of Greenberg Traurig, P.A., hereby appears for Defendant WORTH AVENUE YACHTS, LLC in the above-styled matter. It is hereby requested that all further pleadings, court filings, and other papers filed in this proceeding, including via the Court's ECF filing system, be served on the undersigned at the email addresses below.

---

[1] Worth Avenue Yachts, LLC is named as a defendant in *Snell v. Allied Marine, Inc., et al.*, Case No. 24-cv-60461. However, in light of the Court's Consolidating Order, (ECF No. [40]), Worth Avenue Yachts, LLC is filing this Notice in *Ya Mon Expeditions LLC v. International Yacht Brokers Association, Inc., et al.*, Case No. 24-cv-20805.

Dated: April 24, 2024

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4100
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile : (305) 579-0717

By: */s/ Phillip M. Soven*
PHILLIP M. SOVEN
Florida Bar No. 1035504
Email: phil.soven@gtlaw.com
merlande.moise@gtlaw.com
flservice@gtlaw.com

*Counsel for Defendant Worth Avenue Yachts, LLC*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of April, 2024, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.

By: */s/ Phillip M. Soven*
PHILLIP M. SOVEN