UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 24-cv-20805-KMM

YA MON EXPEDITIONS, LLC, BLUEBERRY ENTERPRISES, LLC, MAGNA CHARTA, LLC, PRIDE CONTRACTING, INC., KIP LAMAR SNELL, and JUAN GALAN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

ALLIED MARINE, INC., GALATI YACHT SALES, LLC, HMY YACHT SALES, INC., MARINEMAX, INC., NORTHROP & JOHNSON YACHTS-SHIPS, LLC, FRASER YACHTS FLORIDA, INC., FRASER YACHTS CALIFORNIA CORPORATION, MARINEMAX EAST, INC., ONEWATER MARINE INC., DENISON YACHTS INTERNATIONAL, LLC, YACHTING ASSETS AND OPERATIONS LLC, UNITED YACHT SALES, LLC, INTERNATIONAL YACHT BROKERS ASSOCIATION, INC., YACHT BROKERS ASSOCIATION OF AMERICA, INC., CALIFORNIA YACHT BROKERS ASSOCIATION, INC., NORTHWEST YACHT BROKERS ASSOCIATION, BOATS GROUP, LLC, PERMIRA ADVISERS LIMITED, PERMIRA ADVISERS LLC, and YATCO, LLC

Defendants.

## **DEFENDANT MARINEMAX EAST, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant MarineMax East, Inc., by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, hereby files this Corporate Disclosure Statement, and makes the following disclosures:

## CORPORATE DISCLOSURE STATEMENT

Defendant MarineMax East, Inc. is a wholly-owned subsidiary of MarineMax, Inc., which is a publicly-held company. MarineMax, Inc. has no parent corporation and is unaware of any individual or entity that owns ten percent (10%) or more of its common stock.

Dated: July 18, 2024

Respectfully submitted,

By: /s/ Christina M. Paul

**K&L Gates LLP**
Christina M. Paul, Esq.
Florida Bar No. 596876
christina.paul@klgates.com
Charles F. Wolf, Esq.
Florida Bar No. 99227
charles.wolf@klgates.com
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Telephone:   305-539-3300

Michael E. Martinez (pro hac vice)
michael.martinez@klgates.com
Brian J. Smith (pro hac vice)
brian.j.smith@klgates.com
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone:   312-372-1121

*Counsel for Defendants Northrop & Johnson Yachts-Ships, LLC, Galati Yacht Sales, LLC, MarineMax, Inc., MarineMax East, Inc., Fraser Yachts Florida, Inc., and Fraser Yachts California Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served to all counsel of record via the CM/ECF portal on this 18th day of July, 2024.

/s/ Christina M. Paul