UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 24-cv-20805-KMM

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, BLUEBERRY ENTERPRISES, LLC, MAGNA CHARTA, LLC, PRIDE CONTRACTING, INC., KIP LAMAR SNELL, and JUAN GALAN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br> v.<br><br>ALLIED MARINE, INC., GALATI YACHT SALES, LLC, HMY YACHT SALES, INC., MARINEMAX, INC., NORTHROP & JOHNSON YACHTS-SHIPS, LLC, FRASER YACHTS FLORIDA, INC., FRASER YACHTS CALIFORNIA CORPORATION, MARINEMAX EAST, INC., ONEWATER MARINE INC., DENISON YACHTS INTERNATIONAL, LLC, YACHTING ASSETS AND OPERATIONS LLC, UNITED YACHT SALES, LLC, INTERNATIONAL YACHT BROKERS ASSOCIATION, INC., YACHT BROKERS ASSOCIATION OF AMERICA, INC., CALIFORNIA YACHT BROKERS ASSOCIATION, INC., NORTHWEST YACHT BROKERS ASSOCIATION, BOATS GROUP, LLC, PERMIRA ADVISERS LIMITED, PERMIRA ADVISERS LLC, and YATCO, LLC<br><br>     Defendants. | |

**UNOPPOSED MOTION TO EXCEED PAGE LIMITS ON MOTION TO DISMISS BRIEFING**

The Defendants in the above-captioned action, pursuant to Local Rule 7.1(c)(2), hereby file their Unopposed Motion to Exceed Page Limits on Motion to Dismiss Briefing, and in support thereof, state the following:

1. Pursuant to this Court's Scheduling Order and Referral for Mediation ("Scheduling Order"), *see* [ECF No. 139], "Defendants shall file their responses and motions jointly." *See* [ECF No. 139] at 2. Similarly, the Court's March 4, 2024 docket order requires joint briefings "unless there are clear conflicts of position." *See* [ECF No. 4].

2. There are a significant number of Defendants named in the lawsuit with different interests and positions. Similarly, the allegations of the Consolidated Complaint are different as to different Defendants. As such, the Defendants' anticipated Joint Motion to Dismiss will contain a number of distinct arguments, necessitating pages in excess of the standard twenty (20) pages provided by Local Rule 7.1(c)(2).

3. This Court has previously entertained similar motions to exceed page limits, and has allowed the parties to exceed the standard twenty (20) pages. *See, e.g., In re FTX Cryptocurrency Exchange Collapse Litigation*, 1:23-MD-3076-KMM, [ECF Nos. 215, 216] (August 25, 2023) (granting 40 pages to the motion to dismiss, 40 pages to the response brief, and 15 pages to the reply brief).

4. The fact that the instant litigation involves at least seventeen (17) active Defendants at the current time, each of which has potentially unique arguments, justifies a modest increase in page limits allowed. Furthermore, due to the unique nature of antitrust allegations and accompanying causes of action, there are a number of pleading issues that the Defendants believe are uniquely necessary to be addressed at the Rule 12(b)(6) stage that require additional pages of briefing. As such, the Defendants respectfully request that the Court enter an order allowing the Defendants a collective forty-five (45) pages for their joint 12(b)(6) motion to dismiss, the Plaintiffs a collective forty-five (45) pages for their response to the joint 12(b)(6) motion to dismiss, and twenty (20) pages for any reply briefing. Defendants have conveyed to Plaintiffs that they will not oppose any Plaintiffs' request for up to forty-five (45) pages for any response.

5. This Motion is made in good faith and not for the purposes of delay or harassment. No Parties would be prejudiced by the requested relief, as it would allow the Defendants to coordinate and consolidate their responses to the Consolidated Complaint as much as is practicable, and promote the overall streamlining of this case.

6. All Parties that have appeared in this action are in agreement with the requested relief.

**WHEREFORE**, the Defendants respectfully request that this Court enter an Order granting Defendants forty-five (45) pages for their Joint 12(b)(6) motion to dismiss, and granting Defendants twenty (20) pages for any reply brief, and for any additional relief this Court deems appropriate.[1]

## CERTIFICATE OF CONFERRAL

Pursuant to the Local Rules, Plaintiffs agree to the relief requested here where both the Motion and Response are allowed up to 45 pages and the Reply is allowed up to 20 pages.

Dated: July 30, 2024

Respectfully submitted,

*/s/ Christina M. Paul*

Christina McGinley Paul
**K&L Gates LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
305-539-3316
Fax: 305-358-7095
Email: christina.paul@klgates.com

---

[1] A proposed order granting this Motion has been attached as Exhibit A, and will be emailed to the Court pursuant to Chambers' guidelines.

Michael E. Martinez - PHV
Brian J. Smith – PHV
**K&L Gates LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel: (312) 372-1121
Email: michael.martinez@klgates.com
Email: brian.j.smith@klgates.com
*Counsel for MarineMax, Inc., MarineMax East, Inc., Galati Yacht Sales, LLC, Northrop & Johnson Yacht Ships, LLC, Fraser Yachts California Corporation, and Fraser Yachts Florida, Inc.*

Sean A. Burstyn
**Burstyn Law PLLC**
1101 Brickell Avenue
Ste S-700
Miami, FL 33131
305-204-9808
Email: sean.burstyn@burstynlaw.com

Lawrence Buterman
**Latham & Watkins LLP**
1271 Avenue of the Americas
New York, NY 10020
Tel: 212-906-1264
Email: Lawrence.buyerman@lw.com

Emily M. Heim
**Bayramoglu Law Offices LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Tel: 702-462-5973
Fax: 702-553-3404
Email: emily@bayramoglu-legal.com

Christopher M. Brainard – PHV
**C.M. Brainard & Assoc.**
8549 Wilshire Blvd., Pmb 2095
Beverly Hills, CA 90211
(310) 266-4115
Email: christopherbrainard@gmail.com
*Counsel for Denison Yachts International, LLC*

W. Scott Turnbull (FBN 0038626)
**Crary Buchanan, P.A.**
759 SW Federal Hwy, Suite 106
Stuart, FL 34994
Tel: 772-287-2600
Fax: 772-398-8122
Email: turnbull@crarybuchanan.com
Email: kali@crarybuchanan.com
*Counsel for United Yacht Sales, LLC*

A. Thomas Connick
**A. Thomas Connick, P.A.**
411 E Hillsboro Blvd
PO Box 1186
Deerfield Beach, FL 33441
954-428-0300
Email: tomconnick@gmail.com

Kenneth M. Kliebard - PHV
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive
Chicago, IL 60606
312-324-1774
Email: kenneth.kliebard@morganlewis.com

Stacey Anne Mahoney - PHV
**Morgan, Lewis & Bockius, LLP**
101 Park Avenue
New York, NY 10178
212.309.6930
Email: stacey.mahoney@morganlewis.com

William T. McEnroe - PHV
**Morgan, Lewis & Bockius, LLP**
2222 Market Street
Philadelphia, PA 19103
215.963.5265
Email: william.mcenroe@morganlewis.com
*Counsel for HMY Yacht Sales, Inc.*
Jeffrey T. Foreman
William Jay Blechman
Joshua B. Gray – PHV
**Kenny Nachwalter, P.A.**
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

Email: jtf@knpa.com
Email: wblechman@knpa.com
Email: jgray@knpa.com
*Counsel for International Yacht Brokers Assoc, Inc.*

Jennifer Patterson - PHV
**Haug Partners LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
(212) 588-0800
Email: jpatterson@haugpartners.com

Michael F. Brockmeyer - PHV
**Haug Partners LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
202-292-1530
Email: mbrockmeyer@haugpartners.com
*Counsel for Allied Marine, Inc.*

David B. Esau
Amanda R. Jesteadt
**Carlton Fields, P.A.**
CityPlace Tower Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel: 561-659-7070
Fax: 561-659-7368
Email: desau@carltonfields.com
Email: ajesteadt@carltonfields.com

Scott Abeles - PHV
**Carlton Fields, P.A.**
1025 Thomas Jefferson St., NW
Suite 400 West
Washington, DC 20007
Tel: (202) 965-8189
Email: sabeles@carltonfields.com
*Counsel for Yacht Broker's Association of America, Inc.*

Jeffrey A. LeVee
Eddie Hasdoo
**Jones Day**
555 S. Flower Street, 50th Fl.
Los Angeles, CA 90071
Tel:  (213) 489-3939

Email: jlevee@jonesday.com
Email: ehasdoo@jonesday.com
*Counsel for OneWater Marine Inc.*

Roy Fitzgerald
Gregory Weiss
Jennifer Perrone
**Mrachek, Fitzgerald, Rose, et al P.A.**
505 South Flagler Drive, Suite 600
West Palm Beach, FL 33401
Telephone: (561) 655-2250
rfitzgerald@mrachek-law.com
gweiss@mrachek-law.com
jperrone@mrachek-law.com
*Counsel for Yatco, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on 30th day of July, 2024, on all counsel or parties of record.

*/s/ Christina M. Paul*

Christina McGinley Paul