UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-20805-KMM
Honorable Judge K. Michael Moore
Magistrate Judge Lisette M. Reid

YA MON EXPEDITIONS, LLC, BLUEBERRY ENTERPRISES, LLC, MAGNA CHARTA, LLC, PRIDE CONTRACTING, INC., KIP LAMAR SNELL, and JUAN GALAN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiffs,

vs.

ALLIED MARINE, INC., GALATI YACHT SALES, LLC, HMY YACHT SALES, INC., MARINEMAX, INC., NORTHROP & JOHNSON YACHTS-SHIPS, LLC, FRASER YACHTS FLORIDA, INC., FRASER YACHTS CALIFORNIA CORPORATION, MARINEMAX EAST, INC., ONEWATER MARINE INC., DENISON YACHTS INTERNATIONAL, LLC, YACHTING ASSETS AND OPERATIONS LLC, UNITED YACHT SALES, LLC, INTERNATIONAL YACHT BROKERS ASSOCIATION, INC., YACHT BROKERS ASSOCIATION OF AMERICA, INC., CALIFORNIA YACHT BROKERS ASSOCIATION, INC., NORTHWEST YACHT BROKERS ASSOCIATION, BOATS GROUP, LLC, PERMIRA ADVISERS LIMITED, PERMIRA ADVISERS LLC, and YATCO, LLC.

    Defendants.

**CALIFORNIA YACHT BROKERS ASSOCIATION'S MOTION FOR LEAVE
TO FILE SEPARATE MOTION TO DISMISS PURSUANT
TO FED. R. CIV. P. 12(b)(7), 12(b)(6), 12(b)(3)**

## CYBA'S MOTION FOR LEAVE TO FILE SEPARATE MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7), 12(b)(6), 12(b)(3)

Comes now Defendant the California Yacht Brokers Association (hereafter "CYBA") requesting leave to file a separate Omnibus Motion to Dismiss pursuant to 12(b)(3), 12(b)(6), 12(b)(7), to the First Amended Consolidated Complaint (hereafter "FAC") on its own behalf. The CYBA requests that its Separate Motion to Dismiss, Dec. Mark P. White, and Request for Judicial Notice provided here together as "ATTACHMENT A," be deemed filed herewith and separately, for the following reasons and conflicts with other parties:

1)   DESIRE TO ENGAGE IN DIFFERENT MOTION PRACTICE. The CYBA is the only Defendant that seeks to Motion to Dismiss pursuant to three different bases FRCP 12(b)(3), FRCP 12(b)(6), and FRCP 12(b)(7). Further the CYBA is the only defendant asserting Immunity through State Action. As such there are conflicts in position with all other defendants in how to structure and argue motion(s) to dismiss.

2)   THERE ARE CONFLICTS OF INTERESTS DUE TO THE APPLICABILTY OF CALIFORNIA LAW. The CYBA is the only defendant composed of only California licensed yacht brokers, and only California licensees can vote or be a member of the board. The CYBA is not governed by any other association or defendant, as such, its legal arguments and applicable law are different than any other defendant causing divergent analysis and legal argument in contemplated motion practice. Pursuant to California law, the CYBA must honor a fiduciary duty owed by seller's broker to buyer, and has no ability to determine if any other defendant is in compliance with California law as it relates to Federal Law. Further, CYBA is the only defendant governed and strictly regulated by the State of California and the HNC. This creates a conflict of position in motion practice with the other non-California defendants since CYBA contends it is entitled to indirect immunity through state action and/or that the State of California inclusive of

1

the California Department of Parks and Recreation, Division Boating and Waterways is a necessary party necessitating the CYBA's dismissal from the action.

3) THERE ARE CONFLICTING AND DIVERGING ARGUMENTS DUE TO THE FACT THAT THE CYBA IS A NONPROFIT CORPORATION. Other defendants are for profit entities and may have very different missions and goals than the CYBA (e.g., some other defendants seek to increase profits, increase market share, etc., and the CYBA's primary mission is to assist its California yacht brokers to comply with California law.

4) THERE ARE CONFLICTING POSITIONS WITH THE OTHER ASSOCIATIONS. The CYBA does not exist under the purview of any other association. It is a completely independent organization. Neither the Yacht Brokers Association of America ("YBAA"), nor International Yacht Brokers Association ("IYBA"), nor the Northwest Yacht Brokers Association ("NYBA")(collectively "other associations") has any authority or say over the CYBA and the CYBA has no say or authority over these other associations, their policies, their internal workings, nor any other activities. Every association has its own different Code of Ethics and the CYBA can only be held to account for its own governing documents and Code of Ethics, causing arguments and analysis to diverge, conflict, and create inconsistent positions in motion practice.

5) THERE ARE CONFLICTING POSITIONS ABOUT WHO AND HOW THE MLSs AND ASSOCIATIONS ARE AFFILIATED. It is falsely alleged in the FAC that the CYBA founded, owns, or controls "YachtBroker.org/Yachtr.com" in conjunction with other associations. See Dec. M. P. White, Pres. CYBA, ISO CYBA Motion to Dismiss. The CYBA has not founded any MLS nor "YachtBroker.org/Yachtr.com," nor has it ever had any say in any MLS rules or policies and declares under penalty of perjury that the allegation is false and cannot be a basis for

venue pursuant to FRCP 12(b)(3). The CYBA has no knowledge who founded any of the MLSs and has no control over any MLS. The CYBA does not know if "YachtBroker.org/Yachtr.com" is an entity, nor who owns it, nor when or how its rules or policies were created.

For these reasons, the CYBA requests leave of Court to file a separate Motion to Dismiss pursuant to 12(b)(3), 12(b)(6), and 12(b)(7), which is provided hereto as ATTACHMENT A (inclusive of the Dec. Mark P. White, Pres. CYBA, and the separate request for judicial notice pursuant to FRE 201.

Pursuant to Rule 7.1(a)(3), Counsel making this request in with the motion to dismiss pursuant to FRCP 12(b)(3), 12(b)(6), 12(b)(7), has conferred with all parties or non-parties who may be affected in a good faith effort to resolve the issues and has been unable to do so.

Date:  August 1, 2024

Respectfully submitted,

By: */s/ Emily Heim*
Emily Heim
FL Bar No. 1015867
Bayramoglu Law Office, LLC
emily@bayramoglu-legal.com
11540 W. Warm Springs Rd., Ste 100
Henderson, NV 89014
Tel: (702) 462 - 5973


By: */s/ Christopher M. Brainard*
Christopher M. Brainard, esq.
*Pro Hac Vice* (CA SBN 199444)
Christopherbrainard@gmail.com
8549 Wilshire Blvd., Pmb 2095
Beverly Hills, CA 90211
Tel: (310) 266 – 4115

**CERTIFICATE OF SERVICE**

I, hereby certify that on August 1, 2024, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

By: */s/ Emily Heim*
EMILY HEIM, ESQ.
Bayramoglu Law Offices LLC