UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No. 24-cv-20805-KMM

| | |
|---|---|
| YA MON EXPEDITIONS, LLC, BLUEBERRY ENTERPRISES, LLC, MAGNA CHARTA, LLC, PRIDE CONTRACTING, INC., KIP LAMAR SNELL, and JUAN GALAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ALLIED MARINE, INC., GALATI YACHT SALES, LLC, HMY YACHT SALES, INC., MARINEMAX, INC., NORTHROP & JOHNSON YACHTS-SHIPS, LLC, FRASER YACHTS FLORIDA, INC., FRASER YACHTS CALIFORNIA CORPORATION, MARINEMAX EAST, INC., ONEWATER MARINE INC., DENISON YACHTS INTERNATIONAL, LLC, YACHTING ASSETS AND OPERATIONS LLC, UNITED YACHT SALES, LLC, INTERNATIONAL YACHT BROKERS ASSOCIATION, INC., YACHT BROKERS ASSOCIATION OF AMERICA, INC., CALIFORNIA YACHT BROKERS ASSOCIATION, INC., NORTHWEST YACHT BROKERS ASSOCIATION, BOATS GROUP, LLC, PERMIRA ADVISERS LIMITED, PERMIRA ADVISERS LLC, and YATCO, LLC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Ricardo M. Martínez-Cid, Lea P. Bucciero, Matthew P. Weinshall, and the Podhurst Orseck P.A. firm have relocated. The telephone number, facsimile number, and e-mail addresses have not been affected by this change. The new mailing address is:

**PODHURST ORSECK, P.A.**
2525 Ponce de Leon
Suite 500
Coral Gables, Florida 33134
Telephone: (305) 358-2800
Fax: (305) 358-2382

Please adjust your records accordingly.

Dated: November 5, 2024                             Respectfully submitted,

/s/ Lea P. Bucciero_____
Lea P. Bucciero (FBN 84763)
Ricardo M. Martinez-Cid (FBN 383988)
Matthew Weinshall (FBN 84783)
**PODHURST ORSECK, P.A.**
2525 Ponce de Leon
Suite 500
Coral Gables, FL 33134
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
LBucciero@podhurst.com
Rmartinez-cid@podhurst.com
MWeinshall@podhurst.com
RMCTeam@podhurst.com

*Attorneys for Plaintiffs Ya Mon Expeditions, LLC, Pride Contracting, Inc. and Juan Galan*

Kevin D. Neal - PHV
William F. King - PHV
Kenneth N. Ralston - PHV
**GALLAGHER & KENNEDY, P.A.**
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Tel: (602) 530-8000
kevin.neal@gknet.com
bill.king@gknet.com
ken.ralston@gknet.com

*Attorneys for Plaintiffs Ya Mon Expeditions, LLC, Pride Contracting, Inc. and Juan Galan*

Hunter Shkolnik - PHV

**NAPOLI SHKOLNIK***
1302 Avenida Ponce de Leon, Santurce
Puerto Rico 00907
(787) 493-5088
Hunter@nsprlaw.com
* Napoli Shkolnik is a registered tradename for
NS PR Law Services, LLC.
A Puerto Rican Limited Liability Corporation

-AND-

Salvatore C. Badala - PHV
**NAPOLI SHKOLNIK PLLC**
400 Broadhollow Rd, Suite 305
Melville, NY 11747
(212) 397-1000 Ext. 1045
SBadala@NapoliLaw.com

*Attorneys for Plaintiffs Ya Mon Expeditions, LLC, Pride Contracting, Inc. and Juan Galan*

Paul J. Geller
Florida Bar No. 984795
Mark J. Dearman
Florida Bar No. 982407
Stuart A. Davidson
Florida Bar No. 0084824
Lindsey H. Taylor
Florida Bar No. 1027908
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561-750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
sdavidson@rgrdlaw.com
ltaylor@rgrdlaw.com

*Attorneys for Plaintiff Kip Lamar Snell*

Arthur L. Shingler, III
David W. Mitchell

3

**ROBBINS GELLER RUDMAN
  & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
ashingler@rgrdlaw.com
davidm@rgrdlaw.com

*Attorneys for Plaintiff Kip Lamar Snell*

Marc Aaron Wites
Thomas Bowen Rogers, Jr.
**WITES & KAPETAN, PA**
4400 North Federal Hwy
Lighthouse Point, FL 33064
Tel: 954-570-8989
Fax: 954-354-0205
mwites@wklawyers.com
trogers@wklawyers.com

*Attorneys for Plaintiff Kip Lamar Snell*

Kevin B. Love
**CRIDEN & LOVE, P.A.**
2020 Salzedo Street, Suite 302
Coral Gables, FL 33134
Tel: (305) 357-9010
Fax: (305) 357-9050
klove@cridenlove.com

*Attorneys for Plaintiff Magna Charta, LLC*

Michael J. Boni – PHV
Joshua D. Snyder – PHV
John E. Sindoni – PHV
Benjamin J. Eichel – PHV
**BONI, ZACK & SNYDER LLC**
15 St. Asaphs Road
Bala Cynwyd, PA 19004
Tel: (610) 822-0200
Fax: (610) 822-0206
mboni@bonizack.com
jsnyder@bonizack.com
jsindoni@bonizack.com

beichel@bonizack.com

*Attorneys for Plaintiff Magna Charta, LLC*

Jeffrey J. Corrigan – PHV
Jeffrey L. Spector – PHV
**SPECTOR ROSEMAN & KODROFF PC**
Two Commerce Square, Suite 3420
2001 Market Street
Philadelphia, PA 19103
Tel: 215-496-0300
Fax: 215-496-6611
jcorrigan@srkattorneys.com
jspector@srkattorneys.com

*Attorneys for Plaintiff Magna Charta, LLC*

Jeffrey B. Gittleman – PHV
Meghan J. Talbot
**POGUST GOODHEAD LLC**
Eight Tower Bridge, Suite 250
161 Washington Street
Conshohocken, PA 19428
Tel: 610-941-4204
jgittleman@barrack.com
mtalbot@pogustgoodhead.com

*Attorneys for Plaintiff Magna Charta, LLC*

Roberta D. Liebenberg – PHV
Paul Costa – PHV
**FINE KAPLAN & BLACK RPC**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: 215-567-6565
Fax: 215-568-5872
rliebenberg@finekaplan.com
pcosta@finekaplan.com

*Attorneys for Plaintiff Magna Charta, LLC*

William J. Leonard – PHV
**OBERMAYER REBMAN MAXWELL & HIPPEL LLP**

5

1500 Market Street, Suite 3400
Philadelphia, PA 19102
Tel: 215-665-3000
william.leonard@obermayer.com

*Attorneys for Plaintiff Magna Charta, LLC*

Linda P Nussbaum
**NUSSBAUM LAW GROUP, PC**
1133 Ave of the Americas, 31 Floor
New York, NY, 10036
Tel: 917-438-9189
Lnussbaum@nussbaumpc.com

*Attorneys for Plaintiff Magna Charta, LLC*

Etan Mark
Florida Bar No. 720852
**MARK MIGDAL & HAYDEN**
80 SW 8th Street
Suite 1999
Miami, FL 33130
Tel: 305-374-0440
etan@markmigdal.com

Lee Albert - PHV
Brian D. Brooks - PHV
**GLANCY PRONGAY & MURRAY LLP**
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
lalbert@glancylaw.com
bbrooks@glancylaw.com

*Attorneys for Plaintiff Blueberry Enterprises, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on 5th day of Nobember, 2024, on all counsel or parties of record.

/s/  *Lea P. Bucciero*
Lea P. Bucciero

# SERVICE LIST

Sean Alexander Burstyn
**Burstyn Law PLLC**
1101 Brickell Avenue
Ste S700
Miami, FL 33131
305-204-9808
Email: sean.burstyn@burstynlaw.com

Lawrence Buterman
Al Pfeifer
Anna Rathbun
**Lathan & Watkins**
1271 Avenue of the Americas
New York, NY 10020
Tel: 212-906-1264
Email: Lawrence.buterman@lw.com
Email: Al.Pfeiffer@lw.com
Email: Anna.Rathbun@lw.com

Christopher J. Brown - PHV
**Latham & Watkins LLP**
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
(202) 637-2200
Email: chris.brown@lw.com
*Counsel for Boats Group, LLC and Permira Advisers LLC*

Emily M. Heim
**Bayramoglu Law Offices LLC**
1540 West Warm Springs Road, Suite 100
Henderson, NV 89014
Tel: 702-462-5973
Fax: 702-553-3404
Email: emily@bayramoglu-legal.com

Christopher M. Brainard – PHV
8549 Wilshire Blvd., Pmb 2095
Beverly Hills, CA 90211

(310) 266-4115
Email: christopherbrainard@gmail.com
*Counsel for Denison New Yachts, LLC & Denison Yacht Sales, Inc.*

Christina McGinley Paul
**K&L Gates LLP**
Southeast Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
305-539-3316
Fax: 305-358-7095
Email: christina.paul@klgates.com

Michael E. Martinez - PHV
**K&L Gates LLP**
70 West Madison Street
Suite 3100
Chicago, IL
312-807-4404
Email: michael.martinez@klgates.com

Brian Smith – PHV
**K&L Gates LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel: 309-826-9697
Direct: 312.807.4202
Email: Brian.j.smith@klgates.com
*Counsel for Marinemax, Inc., Galati Yacht Sales, LLC and Northrop & Johnson Yacht Ships, LLC*


W. Scott Turnbull (FBN 0038626)
**Crary Buchanan, P.A.**
759 SW Federal Hwy, Suite 106
Stuart, FL 34994
Tel: 772-287-2600
Fax: 772-398-8122
Email: turnbull@crarybuchanan.com
Email: kali@crarybuchanan.com
*Counsel for United Yacht Sales, LLC*

8

Justin M. L. Stern
**Morgan, Lewis & Bockius, LLP**
600 Brickell Avenue
Ste 1600
Miami, FL 33131
305-415-3397
Fax: 305-415-3001
Email: justin.stern@morganlewis.com

Kenneth M. Kliebard - PHV
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive
Chicago, IL 60606
312-324-1774
Email: kenneth.kliebard@morganlewis.com

Stacey Anne Mahoney - PHV
**Morgan, Lewis & Bockius, LLP**
101 Park Street
New York, NY 10178
212.309.6930
Email: stacey.mahoney@morganlewis.com

William T. McEnroe - PHV
**Morgan, Lewis & Bockius, LLP**
2222 Market Street
Philadelphia, PA 19103
215.963.5265
Email: william.mcenroe@morganlewis.com
*Counsel for HMY Yacht Sales, Inc.*

Jeffrey T. Foreman
William Jay Blechman
Joshua B. Gray – PHV
**Kenny Nachwalter, P.A.**
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
Email: jtf@knpa.com
Email: wblechman@knpa.com
Email: jgray@knpa.com

*Counsel for International Yacht Brokers Assoc, Inc.*

Matthew Kevin Ryan - PHV
**Haug Partners LLP**
1667 K St. NW
Washington, DC 20006
(212) 863-2090
Fax: (202) 292-1531
Email: mryan@haugpartners.com

Jennifer Patterson - PHV
**Haug Partners LLP**
745 Fifth Avenue, 10th Floor
New York, NY 10151
(212) 588-0800
Email: jpatterson@haugpartners.com

Michael F. Brockmeyer - PHV
**Haug Partners LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
202-292-1530
Email: mbrockmeyer@haugpartners.com
*Counsel for Allied Marine, Inc.*

Scott Stevens Warburton
**Adams Coogler P.A.**
1555 Palm Beach Lakes Boulevard
Suite 1600
West Palm Beach, FL 33401
561-478-4500
Fax: 561-684-7346
Email: swarburton@adamscoogler.com
*Counsel for Tournament Yacht Sales LLC*

Amanda Romfh Jesteadt
**Carlton Fields Jorden Burt, P.A.**
525 Okeechobee Blvd. Suite 1200
West Palm Beach, FL 33401
(561)850-0354
Fax: 561-659-7368
Email: ajesteadt@carltonfields.com

10

David B. Esau
**Carlton Fields PA**
CityPlace Tower Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL 33401
561-659-7070
Fax: 561-659-7368
Email: desau@carltonfields.com

Scott Abeles - PHV
**Carlton Fields, P.A.**
1025 Thomas Jefferson St., NW, Suite 400 West
Washington, DC 20007
(202) 965-8189
Email: sabeles@carltonfields.com
*Counsel for Yacht Broker's Association of America, Inc.*

Counsel for RJC Yacht Sales, Inc.

Counsel for Sharon & Jack Malatich, LLC

Counsel for Yatco, LLC

Ana Maria Cristina Perez Soto
Jones Day
600 Brickell Avenue, Suite 3300
Miami, FL 33131
305-714-9700
Email: cperezsoto@jonesday.com


Jeffrey A. LeVee – PHV
Eddie Hasdoo - PHV
**Jones Day**
555 S. Flower Street, 50th Fl.
Los Angeles, CA 90071
Tel:  (213) 489-3939
Email: jlevee@jonesday.com
Email: ehasdoo@jonesday.com
*Counsel for OneWater Marine Inc.*

11

Gregory G. Olsen
Morgan Olsen & Olsen
633 S Federal Highway
Suite 400A
Fort Lauderdale, FL 33301
954-524-3111
Fax: 463-3570
Email: golsen@morganolsen.com
*Counsel for Ocean Independence Yachts, LLC*


Gregory J. Casas - PHV
Greenberg Traurig, LLP
300 West 6th Street, Suite 2050
Austin, TX 78701
512-320-7200
Email: casasg@gtlaw.com


Joseph Mamounas
Greenberg Traurig, P.A
Litigation Department
333 S.E. 2nd Avenue, STE 4400
Miami, FL 33131
305-579-0521
Fax: 305-579-0717
Email: mamounasj@gtlaw.com


Joshua Mychael Mandel
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
954.297.9996
Email: mandelj@gtlaw.com


Michael Neil Kreitzer
Greenberg Traurig P.A.
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
305-579-0790
Fax: 305-579-0717

Email: kreitzerm@gtlaw.com

Phillip M. Soven
Greenberg Traurig, PA
333 S.E. 2nd Avenue
Suite 4400
Miami, FL 33131
305-579-0683
Email: phil.soven@gtlaw.com
*Counsel for Worth Avenue Yachts, LLC*