**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-CV-20805-MOORE/REID

---

YA MON EXPEDITIONS, LLC, BLUEBERRY
ENTERPRISES, LLC, MAGNA CHARTA, LLC,
PRIDE CONTRACTING, INC., KIP LAMAR
SNELL, and JUAN GALAN, Individually and on
Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

ALLIED MARINE, INC., GALATI YACHT
SALES, LLC, HMY YACHT SALES, INC.,

MARINEMAX, INC., NORTHROP & JOHNSON
YACHTS-SHIPS, LLC, FRASER YACHTS
FLORIDA, INC., FRASER YACHTS
CALIFORNIA CORPORATION, MARINEMAX
EAST, INC., ONEWATER MARINE INC.,
DENISON YACHTS INTERNATIONAL, LLC,
YACHTING ASSETS AND OPERATIONS LLC,
UNITED YACHT SALES, LLC,
INTERNATIONAL YACHT BROKERS
ASSOCIATION, INC., YACHT BROKERS
ASSOCIATION OF AMERICA, INC.,
CALIFORNIA YACHT BROKERS
ASSOCIATION, INC., NORTHWEST YACHT
BROKERS ASSOCIATION, BOATS GROUP,
LLC, and YATCO, LLC.

      Defendants.

---

**DEFENDANT, NORTHWEST YACHT BROKERS ASSOCIATION'S**
**STIPULATION FOR SUBSTITUTION OF COUNSEL**

THE UNDERSIGNED HEREBY stipulate and agree that the law firm of Gordon Rees

Scully Mansukhani, LLP is substituted as counsel of record for Defendant, Northwest Yacht

Brokers Association, in the above-referenced action, and the law firm of Holland & Knight LLP, is relieved of further responsibility in this matter.

Dated: January 14, 2025

| _s/ Leonor M. Lagomasino_ | _s/ Caitlin F. Saladrigas_ |
|---|---|
| **Leonor M. Lagomasino, Esq.** | **Caitlin F. Saladrigas, Esq.** |
| **FBN 750018** | **FBN 95728** |
| | |
| **GORDON REES SCULLY MANSUKHANI, LLP** | **HOLLAND & KNIGHT LLP** |
| 100 SE Second Street, Suite 3900 | 777 South Flagler Drive |
| Miami, FL 33131 | Suite 1900, West Tower |
| Tel: 305-428-5300 | West Palm Beach, FL 33401 |
| llagomasino@grsm.com | Phone 561.833.2000 |
| _Counsel for Defendant Northwest Yacht_ | caitlin.saladrigas@hklaw.com |
| _Brokers Association_ | |
| | **David C. Kully, Esq. (_pro hac vice_)** |
| | |
| | **HOLLAND & KNIGHT LLP** |
| | 800 17th Street N.W., Suite 1100 \| |
| | Washington, District of Columbia 20006 |
| | Phone 202.469.5415 \| Mobile 202.669.5442 |
| | david.kully@hklaw.com |